# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-2425
_____

Jessie Hill

*Plaintiff - Appellant*

v.

Chris E. Williams, Circuit Judge, Malvern, AR; Phillip H. Shirron, Circuit Judge, Grant County; John W. Cole, Judge; Dan Harmon, Former Prosecutor, Grant County; Harold King, Former Deputy Prosecutor, Grant County; Richard A. Garrett, Deputy Prosecuting Attorney, Grant County; Eddy R. Easley, Prosecuting Attorney, Grant County; Norman B. Frisby, Deputy Prosecuting Attorney, Grant County; Estate of Sherman Bell, Detective, Ouachita County; Bob Adams, Grant County; Norman Mark Klappenbach, Attorney, Fordyce, AR; Estate of Joe Kelly Hardin, Assistant Counsel; Does, Jurors/Alternate Jurors, Grant County Trial September 1995; Bob Frazier, Attorney, Malvern, AR; Crain, Attorney, Malvern, AR; Arkansas Attorney General, Office and Staff; City of Sheridan Arkansas

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock
_____

Submitted: October 24, 2012
Filed: October 25, 2012
[Unpublished]
_____

Before BYE, GRUENDER, and BENTON, Circuit Judges.
_____

PER CURIAM.

Arkansas inmate Jessie Hill appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 action.  Upon our careful de novo review, see Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam) (standard of review), we find no basis for reversal.  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

[1]The Honorable D. P. Marshall, Jr., United States District Judge for the Eastern District of Arkansas.